John G. Knorr, III, Sr. Deputy Atty. Gen., Andrew S. Gordon, Chief, Deputy Atty. Gen., for appellant.

Lee Albert, Bernard M. Gross, Eugene A. Spector, Gross, Sklar & Metzger, Philadelphia, for Shoyer.

D. Scott Morgan, Philadelphia, for Conrail.

John B. Day, for City of Philadelphia.

Lee Albert, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

534 A.2d 758

DISTRICT COUNCIL 33 OF the AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES (AFSCME), Earl Stout, Individually and as President, District Council 33, AFSCME, Frances Rooney, Individually and as Vice–President, District Council 33, AFSCME, Albert Johnson, Individually and as Secretary–Treasurer, District Council 33, AFSCME, James Sutton, Individually and as President, Local 427, District Council 33, AFSCME, John Dykes, Individually and as Business Agent, Local 427, District Council 33, AFSCME, John Doe, Philadelphia, Pennsylvania, Jane Roe, Philadelphia, Pennsylvania, All Other Persons Named In the Rule to Show Cause Filed In the Court of Common Pleas, Philadelphia County, By the City of Philadelphia on July 27, 1986, Appellants,

v.

CITY OF PHILADELPHIA.

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Dec. 4, 1987.

William K. Doak, Louis H. Wilderman, J. Shane Creamer, Philadelphia, for appellants.

Ralph J. Teti, Susan Shinkman, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents and would reach the merits.

534 A.2d 759

**HAZLETON AREA EDUCATION ASSOCIATION, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA LABOR RELATIONS BOARD.**

Supreme Court of Pennsylvania.

Argued Nov. 10, 1987.

Decided Dec. 4, 1987.